

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellee's motion to supplement the joint appendix is granted.

No. 14–0127/AF. U.S. v. John I. Rodriguez. CCA 38080. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 27, 2014.

No. 14–0468/AR. U.S. v. Seth D. Lemasters. CCA 20111143. Appellant's motion to correct errata is granted.

No. 14–0568/AR. U.S. v. Edwin Zelaya. CCA 20110507. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 9, 2014.

No. 14–6007/AF. U.S. v. Dex E. Yarber. CCA 2013–25. Appellee's motion for a summary and expedited disposition and Appellant's motion to stay trial proceedings are hereby denied.

